```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                         CASE NO. 06 B 09411
     WILLIAM F GUNN
                                               CHAPTER 13

                                               JUDGE: JACQUELINE P COX

            Debtor
    SSN XXX-XX-8897


--------------------------------------------------------------------------------
                     TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 08/03/2006 and was confirmed 10/23/2006.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  14.00%.

     The case was dismissed after confirmation 07/16/2007.
--------------------------------------------------------------------------------
CREDITOR NAME               CLASS           CLAIM AMOUNT     INTEREST       PRINCIPAL
                                                              PAID            PAID
--------------------------------------------------------------------------------
MIDFIRST BANK               CURRENT MORTG          .00            .00            .00
MIDFIRST BANK               MORTGAGE ARRE     15648.13            .00        2344.36
CALVARY INVESTMENTS         CURRENT MORTG          .00            .00            .00
CITIBANK                    NOTICE ONLY    NOT FILED             .00            .00
HITCHCOCK AND ASSOCIATES    PRIORITY       NOT FILED             .00            .00
ADVOCATE PROFFESIONAL GR    UNSECURED      NOT FILED             .00            .00
AMERICREDIT FINANCIAL SE    NOTICE ONLY    NOT FILED             .00            .00
BLITT & GAINES              NOTICE ONLY    NOT FILED             .00            .00
BP AMOCO                    UNSECURED      NOT FILED             .00            .00
CAPITAL ONE BANK            UNSECURED      NOT FILED             .00            .00
CITY OF CHICAGO WATER DE    SECURED NOT I     530.87             .00            .00
COLUMBIA HOUSE              UNSECURED      NOT FILED             .00            .00
COLUMBIA HOUSE              NOTICE ONLY    NOT FILED             .00            .00
FINGER FURNITURE            UNSECURED      NOT FILED             .00            .00
ECAST SETTLEMENT CORP       UNSECURED            .00             .00            .00
GENERAL ELECTRIC/JCP CON    UNSECURED        337.32              .00            .00
MERRICK BANK                UNSECURED       1239.72              .00            .00
CHARTER ONE                 NOTICE ONLY    NOT FILED             .00            .00
NORTHWEST COLLECTORS        UNSECURED      NOT FILED             .00            .00
PEOPLES GAS LIGHT & COKE    UNSECURED      NOT FILED             .00            .00
RETAILS COLLECTION SERVI    NOTICE ONLY    NOT FILED             .00            .00
SECURITY ALARM FINANCING    UNSECURED      NOT FILED             .00            .00
VAN RU CREDIT CORPORATIO    NOTICE ONLY    NOT FILED             .00            .00
AMERITECH                   NOTICE ONLY    NOT FILED             .00            .00
VETERNS CANTEEN SERVICES    NOTICE ONLY    NOT FILED             .00            .00
WORLD COM WIRELESS          UNSECURED      NOT FILED             .00            .00
SHAPIRO & FISHER            NOTICE ONLY    NOT FILED             .00            .00
CALVARY INVESTMENTS         SECURED NOT I   22299.60             .00            .00
BRENDA ISLAND               NOTICE ONLY    NOT FILED             .00            .00
VERONICA BASS               NOTICE ONLY    NOT FILED             .00            .00
ANDREA BRETTON              NOTICE ONLY    NOT FILED             .00            .00
ADRIAN BRETTON              NOTICE ONLY    NOT FILED             .00            .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 06 B 09411 WILLIAM F GUNN
```

```
ILLINOIS DEPT OF CHILD S NOTICE ONLY    NOT FILED           .00            .00
HSBC BANK NEVADA/HSBC CA UNSECURED        334.62            .00            .00
THOMAS R HITCHCOCK       DEBTOR ATTY    1,964.50                      1,964.50
TOM VAUGHN               TRUSTEE                                        266.14
DEBTOR REFUND            REFUND                                         420.02

        Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                           RECEIPTS          DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE                    4,995.02

PRIORITY                                              .00
SECURED                                          2,344.36
UNSECURED                                             .00
ADMINISTRATIVE                                   1,964.50
TRUSTEE COMPENSATION                               266.14
DEBTOR REFUND                                      420.02
                        ---------------    ---------------
TOTALS                     4,995.02              4,995.02
```

   Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

                                    /s/ Tom Vaughn
   Dated: 10/18/07                   _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE